# EXHIBIT B

EXIBIT "A" 3 "B"



## ANDERSON CAPITAL GROUP

July 31, 2017

Mr Greg Genereux
Zephyr Holdings LLC
4250 North Drinkwater Blvd
4th Floor
Scottsdale, AZ  85251-3693

Dear Greg:

### Re: Sedona West Resort & Spa project

Further to our discussions, Anderson Capital is pleased to offer the following revised credit facility for the Sedona West Resort & Spa project located in Sedona, Arizona.

### The Facility:

**US$35,000,000**          **Short Term Bridge Loan**

To fund the purchase of the land and initial operating expenses required for the construction of the Sedona West Resort & Spa

- Term of 12 months
- Interest rate: 15% per annum with 6 months interest reserve at Close of Escrow
- 25% equity in the project
  - 15% equity will be relinquished once the provisions of Item #1, below, has been completed
  - 10% equity will remain through the construction phase at which time the equity will be redeemed by the project proponent based on the appraised value of the completed project

-2-

**Secured by:**

a.) A registered first charge General Security Agreement over all assets of the Sedona West Resort and Spa property, including but not limited to land, buildings, equipment, accounts receivable

b.) A registered first mortgage over the land

c.) Corporate guarantee of Zephyr Holdings, LLC

d.) Personal guarantee of Greg Genereux

e.) A Zephyr acknowledged assignment of the proceeds to Anderson Capital Group (Anderson) of construction and or mezzanine financing arranged through Terra Lending (Terra) as follows:

> 1. An Investment Agreement (The Investment) with Anderson being in place at closing of Anderson's Bridge Facility in an amount not less than US$25 million that is to be exercised within one year, and a second US$25 million to be exercised with 18-24 months of the Anderson Bridge Facility advancement date, being placed into a Private Placement Program managed by Anderson Capital / Vertiforex for minimum one year terms;

If the above Terms and Conditions are acceptable, please sign where indicated below and return this Term Sheet at your earliest convenience. Upon receipt, we will instruct our attorneys to proceed with the necessary documentation.

We anticipate funding the Credit Facility on or before August 31, 2017, subject to receiving the necessary executed guarantee documentation, land title information and escrow instructions from Title Company in Arizona.

We look forward to working with you on this project.

Yours truly
Anderson Capital Inc.

Per: Edward Hakobyan
President and CEO

The above Terms and Conditions are accepted this *31* day of *July*. 2017

Greg Genereux individually and on
behalf of Zephyr Holdings LLC

*Anderson Capital Group, May 1, 2017*