# EXHIBIT C

EXHIBIT "B"

www.andersoncapitalgroup.com

220 Concord Pike, Suite 688
Wilmington, DE 19805
+855-755-4300, +818-384-7288
UK Office:
86-90 Paul Street, London, EC2A 4NE



**ANDERSON CAPITAL GROUP**

*A Private Equity Management Firm*

August 27, 2017

Mr Greg Genereux
Zephyr Holdings LLC
4250 North Drinkwater Blvd
4th Floor
Scottsdale, AZ  85251-3693

Dear Greg:

## <u>Re: Letter of Commitment - Sedona West Resort & Spa project</u>

Further to our discussions, Anderson Capital hereby confirms our commitment to
fund the short term credit facility for the Sedona West Resort & Spa project located in
Sedona, Arizona, under the conditions stated in our Term Sheet dated July 31, 2017:

**The Facility:**

**US$35,000,000     Short Term Bridge Loan**

To fund the purchase of approximately 41 acres of property for the future
development and construction of the Sedona West Resort & Spa project

- Term of 12 months
- Interest rate: 15% per annum, with a 6 month interest reserve at close of
  escrow
- 25% equity in the project
  - 15% equity will be relinquished once the provisions of the Item #1
    below have been completed
  - 10% equity will remain through the construction phase at which time
    the equity will be redeemed by the project proponent based on the
    appraised value of the completed project

**Secured by:**

a.) A registered Deed of Trust over the land

b.) Corporate guarantee of Zephyr Holdings, LLC

c.) Personal guarantee of Greg Genereux

d.) A Zephyr acknowledged assignment of the proceeds to Anderson Capital Group (Anderson) of construction and or mezzanine financing arranged through Terra Lending (Terra) as follows:

    1. An Investment Agreement (The Investment) with Anderson being in place at closing of Anderson's Bridge Facility in an amount not less than US$25 million that is to be exercised within one year, and a second US$25 million to be exercised with 18-24 months of the Anderson Bridge Facility advancement date, being placed into a Private Placement Program managed by Anderson Capital / Vertiforex for minimum one year terms;

We regret to advise that our anticipated closing date of August 31, 2017 has been delayed due to circumstances beyond our control, however we are now set for closing on or before September 8, 2017.  I will be out of the country on other business, returning on September 5 but will forward a Proof of Funds on August 31.

We apologize for any inconvenience caused by this delay and look forward to working with you on this project.

Yours truly
Anderson Capital Inc.

Per: Douglas Bowen
For: Edward Hakobyan
President and CEO

Cc: Edward Hakobyan

*CONDITIONS*

**www.andersonfund.com**
2207 Concord Pike, Suite 688 Wilmington, DE 19805 UK Office:

86-90 Paul street, London, EC2A 4NE      ANDERSON CAPITAL

GROUP



August 17, 2017

Stewart Title & Trust of Phoenix, Inc
150 N. Verde Street, Suite 102
Flagstaff, AZ 86001

Attention: Rhett Rucker
Dear Rhett:

             Re: Zephyr Holdings escrow
Further our conversation, I have enclosed several documents for the Sedona West Resort & Spa
project funding by Anderson Capital Group, LLC (ACG):
 In this regard, I am enclosing our escrow instructions and the following documentation:

*MET* • Signed Term Sheet outlining the terms and conditions of the credit facility being provided
        by Anderson Capital Group, LLC

*MET* • Promissory note in the amount of $35 million

*MET* • Personal guarantee to be signed by Greg J. Genereux

*MET* • Corporate guarantee to be signed by Greg J. Genereux as signing officer for Zephyr
        Holdings, LLC

*MET* • Mortgage and Deed of Trust documents for the parcels of land in Sedona

*MET* • A copy of the signed Fee Agreement between Community Development First (CDF) and
        Zephyr Holdings, LLC; the fee of $1,050,000 is to be wired to at the bank coordinates
        provided earlier to you by CDF

I understand that you have, or will be receiving, an insurance binder on the property from either
Greg Genereux or Terra Lending; please forward a copy at your earliest convenience.
Anderson Capital Group is requiring an interest reserve of $2.6 million and this should be
returned to ACG as soon as possible following close of escrow; bank coordinates are attached.
We anticipate closing for August 31 and would appreciate receiving your statement to close in
due course; please provide your wire instructions for the loan proceeds.

Thank you in advance for your assistance in this matter and please let me know if you have any
questions or require additional information.

Yours truly

Douglas Bowen
For: Edward Hakobyan, President
Anderson Capital Group, LLC